# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ARLAN ASSET MANAGEMENT, LLC,
a Missouri limited liability company,

    Plaintiff,

v.                                                CASE NO. 3:17cv775/MCR/EMT

A.F.A.B. CONTRACTORS, INC.,
GARY L. MASON, and
JULIE SPAIN MASON,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 21, 2018. ECF No. 70. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dissolve Writ of Garnishment, ECF No. 58, is **DENIED**.

**DONE AND ORDERED** this 23rd day of July 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**